

RECEIVED

SEP 24 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

U.S. District Court for the State of Alaska
Clerk of Court
Federal Building, U.S. Courthouse
222 W. 7th Avenue, #4
Anchorage, Alaska. 99513-7564

Re: 3:3:24-cr-00071-SLG-MMS

AdditionalTestimony of the living man William Brian Marsan an Idahoan in the form of an Affidavit

Cover letter and to fully inform the court

1. Whereas the United States District Court for the District of Alaska, British territorial, and THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, Vatican municipal, in the jurisdictions of the sea and air continue to misidentify the living man William Brian Marsan as their fictional legal person/PERSON created by the British territorial United States of America incorporated and the Municipal UNITED STATES incorporated using my Christian name/Good trade Name via the Birth certificate registration without full and honest disclosure to my mother, I find it necessary under duress and threat of further kidnapping of my body to file my testimonies and corrected records in your court. A threat has been issued via text message and letter from the court that they will come to my home and arrest me. This filing can not be construed as entering your jurisdiction willfully or in any way giving my consent to the proceeding against your defendant in case number 3:24-cr-00071-SLG-MMS. I am not making any motion or action that would give these courts jurisdiction over me and it cannot be assumed that I am

2. The Municipal UNITED STATES created a legal PERSON WILLIAM BRIAN MARSAN and the British territorial created a legal person William Brian Marsan that looks and sounds like my name. They also created many other legal persons using my name for different purposes and jurisdictions and I have attached a document titled "Full General Information for Attorneys, Doctors, and Politicians" for the court to understand this. The USA inc. and US inc. created legal persons for their benefit and that which they created they are responsible for and they do not have my permission to use my name as it does not benefit me in any way and was done secretly without full and honest disclosure. These corporations are acting as a public usufruct and must hold the living man harmless of any charges, fees, taxes, and damages including citizenship obligations accrued to their legal fictions as the result of their existence

3. In the year 2021 I became aware of the existence of these legal persons and how the existence of them have harmed me as a living man and restricted my god given rights, so I corrected the record and recorded it on the land recording office of the American State Assemblies March 11 2022 and sent letters and corrections to many agencies including the FAA. I have attached the records for this court to view but you can also go to the URL and recording number I describe in my attached testimony

4. Attached is a copy of the Birth certificate created by the MUNICIPAL STATE OF IDAHO a franchise corporation of US inc. with a Dunn and Bradstreet # 828089701 and you can see that they created an all Capital letter version of my name proving they are the creator of it. My mother never filled out forms in that way and always taught me to spell my name in upper/lower case and school taught the same. I noticed that all caps name appeared on

many government related cards throughout the years including pilot licenses and bank accounts, credit cards, social security cards etc and even hunter safety cards. Strangely I never filled out the forms in all caps but it always appeared on the cards or documents that way and I started asking questions. The real revelation was the bank checks that the bank refused to print in upper/lower case and the signature line is actually words stating "authorized representative" proving the account was not really mine but a legal fiction and I was considered a representative. Your court is treating me the same way as if I am an authorized representative able to "represent" myself with "myself" meaning their legal fiction. I will not represent your legal fiction and you need to stop trying to force me to. Such behavior by men and women in the court is far from honorable and kidnapping my body over my objections and attempts to tell you the truth is a capital crime.

5. The court and the FAA do not have a contract with me to use my name. It is my property and first in time is first in line. I have first and superior right to my good trade name. I have been giving notices to the FAA for over a year now so they knew before they ever pushed for an indictment and kidnapped and incarcerated me the first time in the NAME WILLIAM BRIAN MARSAN. I have been giving notices to the Palmer District Court which is a franchise of the Alaska court system inc. for over 2 and a half years and notice to agent is notice to principle and notice to principle is notice to agent. It is looking more and more as if your courts are in league with the Agencies in press ganging me via unlawful conversion, personage, barratry and many more crimes to collect monetary reward from my estate and confiscate my real private property. I demand you cease and desist from trying to force me to be your legal entity. Your Courts are in commerce and must have a contract and my consent or you are committing crimes against the living man who is one of the people of the general public you are supposed to be protecting. It appears the case has now moved to the British territorial jurisdiction of the sea evidenced by the upper/lower case description of the court and the defendant

6. Attached is my Declaration of the Naturalization Act of July 1779 which makes clear my divine origin and ownership of my vessels and political status. Also attached is 6 Witness Testimony Affirming American State Political Status documents by six witnesses with first hand knowledge

7. Attached is the notarized testimony of my mother and father about their nationality intentions for me and knowledge of me always being alive and the fact they gifted me my christian name/Good trade name and it is my property meant for my good and that they never created the all caps version of my name

8. Attached is a document cancelling all Prior powers of Attorney and document acknowledging, accepting and re-conveying all of my vessels to the land and soil of Idaho Land, land jurisdiction and my election to be recognized as the sole living owner, executor, beneficiary and agent of my name and estate since my 21st birthday on the 2nd day of August in the year of 1988

9. Attached is Mandatory Notice in accordance with the Foreign Sovereign Immunities Act letting all territorial and Municipal agents of my proper status and that I am not subject to their law

Navajo Jewelry
USA
2c
2004

10. Attached is verification of life by Dr. Michael Gruenwald proving I am not civilly dead and it is recorded at the Alaska DNR on Anchorage and Palmer

11. All these documents stand as the updated and most current and cannot be ignored and assumptions cannot be made different from the clearly stated documents by first hand witnesses.   These updates were done before the time period referenced in your court documents alleging a crime.  Proper notice was given to the appropriate agencies right up front.

12. Attached is my initial testimony in the form of an affidavit explaining in more detail. I hope these clear up any confusion and you will make the proper restitutions to restore me and my good name.

13. I am returning your letters about arresting your defendant and setting a trial date with "NonNegotiable" as I am not interested in negotiating contracts for your defendant nor do I wish to deal in Nonnegotiable debt notes and I demand you stop your solicitations.

So said and so signed this 23rd day of September

By: _William Brian Marsan_ ©
William Brian Marsan ©

**Notary  Witness**

**Alaska State**
**Anchorage County**

Today I, _Shaun Lee VanArsdale_ Commissioned Public Notary, was visited by the Living man known or properly identified to me to be William Brian Marsan and he did Establish this Additional Testimony in the Form of an Affidavit as shown and he also affirmed his testimony as shown before me this _23_ day of September in the Year Two-Thousand and Twenty-Four in Witness whereof I set me Signature and Seal:

By: _Shaun Lee VanArsdale_ ©
My commission expires on _May 6 2028_

Navajo Jewelry
USA
2c
2004

By: William Brian Mansen ©

**Other Orders/Judgments**

3:24-cr-00071-SLG-MMS USA v. Marsan

RF 680 125 621 US

## U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 9/18/2024 at 11:58 AM ADT and filed on 9/18/2024

**Case Name:** USA v. Marsan
**Case Number:** 3:24-cr-00071-SLG-MMS
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**SLG TEXT ORDER** as to William Brian Marsan: Due to a conflict in the Court's calendar, the Trial Scheduling Conference on September 24, 2024, is VACATED and rescheduled to **September 27, 2024, at 11:00 a.m.** in Anchorage Courtroom 2. (JDS, COURT STAFF)

**3:24-cr-00071-SLG-MMS-1 Notice has been electronically mailed to:**

Ben W. Muse      benjamin_muse@fd.org, akx_ecf@fd.org

Tom Bradley      thomas.bradley@usdoj.gov, caseview.ecf@usdoj.gov, kasey.mcaleavey@usdoj.gov, marianne.yeckley@usdoj.gov, monica.johnson2@usdoj.gov, usaak.ecf@usdoj.gov

**3:24-cr-00071-SLG-MMS-1 Notice has been delivered by other means to:**

William Brian Marsan
2000 S. High Road
Palmer, AK 99654

*[handwritten annotations: "Non Negotiable", "By: William Brian Marsan", "Accepted September 22nd 2024", "22nd Day of September"]*

RF 680 125621 US

# U.S. District Court

## United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 9/17/2024 at 2:26 PM ADT and filed on 9/17/2024

**Case Name:** USA v. Marsan
**Case Number:** 3:24-cr-00071-SLG-MMS
**Filer:**
**Document Number:** 17(No document attached)

**Docket Text:**
MINUTE ENTRY for proceedings held before Judge Matthew McCrary Scoble: Status Conference (Discovery Management Conference) as to William Brian Marsan held 10:06 a.m. to 10:09 a.m. on 9/17/2024 and recorded in Anchorage Courtroom 5. Court and counsel heard re defendant's non-appearance and mailing address is correct. Court ordered an expedited bench warrant. APPEARANCES: Defendant not present, On Bond (Pro Se); Tom Bradley; ASUA; Ben W. Muse, FPD (Stand by Counsel). (IAH, COURT STAFF)



# STATE OF IDAHO
IDAHO DEPARTMENT OF HEALTH AND WELFARE
BUREAU OF VITAL RECORDS AND HEALTH STATISTICS

# CERTIFICATE OF LIVE BIRTH

Date Filed __AUGUST 17, 1967__

State File No. 111 __1967-07863__

| CHILD | | |
|---|---|---|
| FIRST NAME | MIDDLE NAME | |
| WILLIAM | BRIAN | |
| LAST NAME | SUFFIX | SEX |
| MARSAN | | MALE |
| DATE OF BIRTH | CITY, TOWN, OR LOCATION OF BIRTH | COUNTY OF BIRTH |
| , 1967 | COEUR D ALENE | KOOTENAI |

| MOTHER | |
|---|---|
| FIRST NAME | MIDDLE NAME |
| IMOGENE | PERNAL |
| MAIDEN LAST NAME | SUFFIX |
| NELSON | |
| AGE | BIRTHPLACE |
| 20 | IDAHO |

| FATHER | |
|---|---|
| FIRST NAME | MIDDLE NAME |
| DAVID | MARK |
| LAST NAME | SUFFIX |
| MARSAN | |
| AGE | BIRTHPLACE |
| 21 | IDAHO |

This is a true and correct reproduction of the document officially registered and placed
on file with the IDAHO BUREAU OF VITAL RECORDS AND HEALTH STATISTICS.

DATE ISSUED: __APRIL 27, 2022__

*James B. Aydelotte*
JAMES B. AYDELOTTE
STATE REGISTRAR

This copy is not valid unless prepared on engraved border
displaying state seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





# Declaration of the Naturalization Act of July 1779

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed;

I declare my political status as an American state national born within the physical borders of: Idaho;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all Powers of Attorney granted by me or issued under my name prior to this day;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all and any allegiance to any king or prince, any foreign state, foreign government, flag or thing;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, and voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status;

I declare, publish, and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established in Matanuska-Susitna County and my home is established in Alaska and no other presumption or impersonation is allowed;

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last — and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of the Alaska Assembly.

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

This Declaration is valid, true, correct, and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this 11th day of the month of ___March___ and the year of _2022_.

by: _William Brian Marsan_  ©
William Brian Marsan

**Notary Witness and Acknowledgement**

Alaska
~~Matanuska-Susitna County~~ 3rd Jud. Dist.

Today before me, a Commissioned Notary, is the living man known to me to be William Brian Marsan and he did issue this Declaration of the Naturalization Act of July of 1779 as shown and he also affirmed his testimony as shown before me this _11th_ day of March in the year 2022, in Witness whereof I set my Signature and

Seal: _____    Public Notary, my commission expires on: _2/14/26_.

**Form ASN 1-Asos** Revision 06202021

Ak12-2022-73YO
MARCH 17, 2022

RF680125621 US

# Witness Testimony Affirming American State Political Status and Identity

This Witness Testimony verifies the identity of the man/woman shown in this photograph to establish their political status as an American State National or American State Citizen, depending on their choice.

Name appearing in this photo: William Brian Marsan

Physical Address:     2000 South High Road, Palmer, Alaska 99645

Witness: I, ____Joshua Ian Marsan_, know the lawful person shown in the photo above by the name shown, and I know of their family and history, sufficient to know that they were born at the time and place shown on the face of the referenced Birth Certificate.

My relationship to the Declarant is:

_____son_____

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this _7th___ day of _MARCH_____ in the year of _2022____.

by: _Joshua Ian Marsan_____

I may be contacted at: (phone) ___(907)521-6586_____, or at this mailing address:

____2000 South High Road, Palmer, AK. 99645

### Witness Verification by Alaska Public Notary:

Alaska State

Matanuska - Susitna County

Today, I was visited by the Witness whose signature appears above, and they were properly identified to me and they did sign this record in my presence for the purposes described above,

in witness whereof I affix my signature and seal this _7th_ day of _March_____ in the year of _2022___.

Alaska State Public Notary_Jennifer Pigott_____

Rev12282021

*International Notarial Witness & Recording Secretary*

JENNIFER PIGOTT
My Commission Expires 3/6/25
NOTARY PUBLIC
STATE OF ALASKA

RF680125621US

# Witness Testimony Affirming American State Political Status and Identity

This Witness Testimony verifies the identity of the man/woman shown in this photograph to establish their political status as an American State National or American State Citizen, depending on their choice.

Name appearing in this photo: William Brian Marsan

Physical Address:     2000 South High Road, Palmer, Alaska 99645



Witness: I, ____Rebecca Esperanza Marsan_.), know the lawful person shown in the photo above by the name shown, and I know of their family and history, sufficient to know that they were born at the time and place shown on the face of the referenced Birth Certificate.

My relationship to the Declarant is:

_____daughter_____

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this ____7th____ day of _____March_____ in the year of ___2022___.
by: Rebecca Esperanza Marsan
I may be contacted at: (phone) ___(907)521-6586_____, or at this mailing address:

____2000 South High Road, Palmer, AK. 99645

### Witness Verification by Alaska Public Notary:

Alaska State

Matanuska - Susitna County

Today, I was visited by the Witness whose signature appears above, and they were properly identified to me and they did sign this record in my presence for the purposes described above,

in witness whereof I affix my signature and seal this ___7th___ day of ___March___ in the year of ___2022___.

Alaska State Public Notary _____

Rev12282021

JENNIFER PIGOTT
My Commission Expires
3/8/25
NOTARY PUBLIC
STATE OF ALASKA

International Notarial Witness & Recording Secretary

## Witness Testimony Affirming American State Political Status and Identity

This Witness Testimony verifies the identity of the man/woman shown in this photograph to establish their political status as an American State National or American State Citizen, depending on their choice.

Name appearing in this photo:    William Brian Marsan

Physical Address:    ___2000 South High Road. Palmer, Alaska  [99645]

Witness: I, _____Anna Joy Ford_____ (printed name), know the lawful person shown in the photo above by the name shown, and I know of their family and history, sufficient to know that they were born at the time and place shown on the face of the referenced Birth Certificate or shown on the accompanying United States Naturalization paperwork.

My relationship to the Declarant is:

_____daughter_____

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this _20th_ day of _August_____ in the year of _2024_.

by:___Ana Ford_____

I may be contacted at: (phone) _____,

(email)_Marsanjoy@icloud.com_____, or at this mailing address:

___189 E Nelson Ave #151___Wasilla, AK 99654___

_____

### Witness Verification by Public Notary:

____Alaska_____

____Mat-Su_____ County

Today, I was visited by the Witness whose signature appears above, and they were properly identified to me and they did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this _20_ day of _August_____ in the year of _2024___.

_____ Notary; my commission expires

on:_5/5/27_____

Ak12-2022-73YQH-DY1UM
2024 09 16

PATRICK TILBURY
Notary Public
State of Alaska
My Commission Expires May 5, 2027

International Notarial Witness & Recording Secretary

RF 680125621 US

# Witness Testimony Affirming American State Political Status and Identity

This Witness Testimony verifies the identity of the man shown in this photograph to establish their political status as an American State National or American State Citizen, depending on their choice.

Name appearing in this photo: William Brian Marsan

Physical Address: 2000 South High Road Palmer Alaska [99645]



Witness: I, _____Elizabeth Kirsten Marsan_____, know the lawful person shown in the photo above by the name shown, and I know of their family and history, sufficient to know that they were born at the time and place shown on the face of the referenced Birth Certificate or shown on the accompanying United States Naturalization paperwork.

My relationship to the Declarant is:

_____Wife_____

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this _20th_ day of _August_____ in the year of _2024___.

by: _Elizabeth Kirsten Marsan_____

I may be contacted at: (phone) _____(907)229-2462_____,

(email)_____bbmarsan@protonmail.com_____, or at this mailing address:

_____2000 South High Road Palmer, Alaska [99645]_____

## Witness Verification by Public Notary:

_____Alaska_____

_____Mat-Su_____ County

Today, I was visited by the Witness whose signature appears above, and they were properly identified to me and they did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this _20_ day of _August_____ in the year of _2024____.

_____ Notary; my commission expires

on: ___5/5/27___

Ak12-2022-73YQH-DY1UM
2024 09 16

PATRICK TILBURY
Notary Public
State of Alaska
My Commission Expires May 5, 2027

International Notarial Witness & Recording Secretary

RF 680 125 621 US

## Witness Testimony Affirming American State Political Status and Identity

This Witness Testimony verifies the identity of the man shown in this photograph to establish their political status as an American State National or American State Citizen, depending on their choice.



Name appearing in this photo: William Brian Marsan

Physical Address:  c/o 2000 South High Road
Palmer, Alaska [99645]

Witness: I, David Mark Marsan, know the lawful person shown in the photo above by the name shown, and I know of his family and history, sufficient to know that he was born at the time and place shown on the face of the referenced Birth Certificate.

My relationship to the Declarant is:  Father

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this ___5th___ day of __September__ in the year of 2024.

by: _David Mark Marsan_

David Mark Marsan

I may be contacted at:  (208)667-7098
at this mailing address:

2912 South Blue Creek Road. Coeurd'Alene Idaho. [83814]

### Witness Verification by Notary Public:

__Idaho__ State
__Kootenai__ County

Today, I was visited by the Witness whose signature appears above, and he was properly identified to me and he did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this ___5th___ day of __September__ in the year of 2024.

_Alexandra Kendall_ Notary;
my commission expires on: __4/24/2029__

ALEXANDRA K KENDALL
57805
NOTARY PUBLIC
STATE OF IDAHO
My Commission Expires: 04/24/29

## Witness Testimony Affirming American State Political Status and Identity

This Witness Testimony verifies the identity of the man shown in this photograph to establish their political status as an American State National or American State Citizen, depending on their choice.



Name appearing in this photo: William Brian Marsan

Physical Address:   c/o 2000 South High Road
Palmer, Alaska [99645]

Witness: I, Imogene Pernal Marsan, know the lawful person shown in the photo above by the name shown, and I know of his family and history, sufficient to know that he was born at the time and place shown on the face of the referenced Birth Certificate.

My relationship to the Declarant is:  Mother

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this __5<u>TH</u>__ day of __Sept,__ in the year of 2024.

by: _Imogene Pernal Marsan_
Imogene Pernal Marsan

I may be contacted at:  (208)667-7098
at this mailing address:

2912 South Blue Creek Road. Coeur'Alene Idaho. [83814]

### Witness Verification by Notary Public:

__Idaho_____State

__Kootenai_____ County

Today, I was visited by the Witness whose signature appears above, and he was properly identified to me and he did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this __5th__day of __Setember_____ in the year of 2024.

_Aranda Kendall_ Notary;
my commission expires on:_____4/24/2029

ALEXANDRA K KENDALL
57805
NOTARY PUBLIC
STATE OF IDAHO
My Commission Expires: 04/24/29



# Testimony of Imogene Pernal Marsan and David Mark Marsan concerning their son William Brian Marsan in the form of an affidavit

1. Our Son, William Brian Marsan, was born alive on the land and soil of Idaho the second day of August in the year 1967

2. We were told by the Doctor we had to fill out papers to secure a birth certificate for our son. No further information was given as to the real purpose of that birth certificate as a clearing house certificate and foreign registration application placing our son in a foreign jurisdiction rather than his birthright political status and nationality. Our intention and belief was that he was receiving his American birthright nationality of Idahoan and the God given rights that come with that. Any assumption otherwise is to be considered fraud because there was not full disclosure to us

3. We have remained together and have helped our son become a man and have known him the whole time as he left home and set about living his own life as he saw fit. He was never fatherless, never lost, never missing at sea and always very much alive. Any assumptions, presumptions or records otherwise are to be considered fraud because we have first hand knowledge of the facts

4. We were inspired to give our son the good trade name, William Brian Marsan and it was our gift to him. It is his property and we meant for it to only to be used by him to benefit him

5. We did not create the all capital letter version of our son's name. We always taught him to spell his name in upper/lower case just like we know he was taught in school to put it on the top of his schoolwork. We have no idea who created the all capital letter version or why they created it. No one ever told us either

I, Imogene Pernal Marsan, Living Woman and vital soul and I, David Mark Marsan, living man and vital soul, both of sound mind and body, in Good Faith, Full Standing, Honor and Peace, do hereby certify, witness, affirm, this Testimony in the form of an Affidavit by the light of this _5th_ day of _September_, Two Thousand and Twenty Four.

By: _Imogene Pernal Marsan_
Imogene Pernal Marsan, Living Woman

By: _David Mark Marsan_
David Mark Marsan, Living Man

## Notary Public Witness and Acknowledgement

_Idaho_ State

_Kootenai_ County

Today, I was visited by the Witness whose signature appears above, and he was properly identified to me and he did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this _5th_ day of _September_ in the year of 2024.

_Alexandria Kendall_ Notary;
my commission expires on: _4/24/2029_.

ALEXANDRA K KENDALL
57805
NOTARY PUBLIC
STATE OF IDAHO
My Commission Expires: 04/24/29

RF680125621 US

A
L
A
S
K
A

**2024 – 022221 – 0**

Recording District 301 Anchorage
08/19/2024 11:33 AM          Page 1 of 3

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

A
L
A
S
K
A

**2024 – 014545 – 0**

Recording District 311 Palmer
08/19/2024 11:37 AM          Page 1 of 3     CCC

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR THE RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.**

**DO NOT DETACH**

May 8, 2018

Recording District: *Anchorage; Palmer*

Return to: *William Brian Marsan*
*% 2000 South High Road*
*Palmer, Alaska 99645*

---

**THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR THE RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.**

**DO NOT DETACH**





# Verification of Life

In testimony whereof, I, _____ D R . A M . GRUENWAY _____ M.D., this

19th day of August, in the year Two-Thousand and Twenty-four, acting in my capacity as

Medical Doctor verify that the living man and Vital Soul, William Brian Marsan, visited me at

my office in Anchorage, Alaska at Arctic Chiropractic on 34th ave, and I confirm he is alive.

By:_____

Dr. Michael Gruenwald

8/18/24

COUNTERED    LD  W  GROUNWLEVI  WL



United States of America  } ss
State of Alaska

THIS IS TO CERTIFY that the foregoing is a full, true and correct
copy of the document as it appears in the records and files of my office.

IN THE WITNESS WHEREOF, I have hereunto set my hand
and have affixed my official seal at Anchorage, Alaska,

this  19th  day of  August  20 24 .

By _____

Recorder |

RF 680 125 621 US

## Cancellation of All Prior Powers of Attorney

All prior Powers of Attorney granted by William Brian Marsan are removed, cancelled, and permanently revoked effective August 2, 1967.

William Brian Marsan is Attorney-in-Fact for all purposes related to the administration of his estates and all correspondence should be addressed to: William Brian Marsan, c/o 2000 South High Road Palmer, Alaska Postal Code Extension 99645.

by: _William Brian Marsan_

William Brian Marsan     All rights reserved without prejudice
this _11th_ day of March 2022

Public Notary Witness

Alaska State _3rd. Jud. Dist._
Matanuska-Susitna County

I, _Dawn M. Hoxie_, a Public Notary, was visited today, _11th_ day of March, 2022 by the man known to me to be William Brian Marsan, and he did affirm and sign this Cancellation of All Prior Powers of Attorney in my presence for the purposes stated.

by: _____Public Notary

my Commission expires on: _2/14/2v_
Rev06202021

International Notarial Witness & Recording Secretary

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living man, William Brian Marsan, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, William Brian Marsan to the land and soil of Idaho, my native state, together with all derivative names, including William Marsan, Bill Marsan, William B. Marsan, Bill B. Marsan, WILLIAM BRIAN MARSAN, BILL BRIAN MARSAN, WILLIAM B. MARSAN, BILL B. MARSAN, BILLY MARSAN, Billy Marsan, Billy B. Marsan, Billy Brian Marsan, BILLY BRIAN MARSAN, BILLY B. MARSAN, WILLIAM MARSAN, BILL MARSAN, and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the land and soil of Idaho.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday August 2, 1967, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my 21st birthday on August 2, 1988. So said, so signed, and so sealed by my living hand this 7th *11th NBM* day of March in the year 2022 by:

By: *William Brian Marsan* _____ LS

Witness Jurat

Alaska State }  *3rd. Jud. Dist*
Matanuska-Susitna County }

I, a public notary, was visited today by the living man known and identified as William Brian Marsan and he did sign and seal this Acknowledgement, Acceptance and Deed of Re-Conveyance in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

_____ Notary; my commission expires on:
_____

Revision 06202021

RF 680125 621 US

**MANDATORY NOTICE**
**Foreign Sovereign Immunities Act**
**Sections 1605 and 1607**
**NOTICE OF LIABILITY:**
**18 USC 2333, 18 USC 1341 and 1342**

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and **all Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as William Brian Marsan and not limited to William Marsan, Bill Marsan, William B. Marsan, Bill B. Marsan, W.B. Marsan, W. Marsan, B. Marsan, B.B. Marsan, William Brian, Bill Brian, WILLIAM BRIAN MARSAN, BILL BRIAN MARSAN, WILLIAM MARSAN, BILL MARSAN, WILLIAM B. MARSAN, BILL B. MARSAN, W. B. MARSAN, B. B. MARSAN, W. MARSAN, B. MARSAN, WILLIAM BRIAN, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: August 2, 1967. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since August 2, 1967.

These vessels are publishing **MANDATORY NOTICE** that they are **Foreign Sovereigns** from the Idaho state of **The United States of America**. This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United States law and are owed **The Law of Peace**, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 11th day of March 2022, in Matanuska - Susitna County, Alaska, The United States of America:

By: _William Brian Marsan_ © William Brian Marsan. All Rights Reserved

**Notary Witness and Acknowledgement**
Alaska State )
Matanuska-Susitna County ) Third Jud. District

Today before me, a Commissioned Notary is the living man known to me to be William Brian Marsan and he did issue this MANDATORY NOTICE as shown and he also affirmed his testimony as shown before me this 11th day of March in the year 2022, in Witness whereof I set my Signature and Seal:

_____ Public Notary; my commission expires on: 2/14/24 .

Revision 06202021



Testimony of the Living Man William Brian Marsan an Idahoan in the Form of an Affidavit

Notice of Claim and Liability and to Inform

1. I am and nothing stands between myself and the Creator. The Creator created me, gave me life and continues to give me life. The Creator lives in and through me. What is done to me is done to the Creator as the Creator said this: "what you do to one of the least of these, you have done it to Me," The Creators Laws are written on my heart and those are the Laws I observe. The laws of men often run contrary to the Creator's Laws in an attempt by men to capture, enslave and monetize other men

2. The Creator inspired my mother and father to give me my Christian name/good trade name, William Brian Marsan, when as a result of their loving union the Creator brought the spark of life and formed me in the womb and continued to form me on to the first moments of breathing air on my own in living flesh and blood form as a baby. That trade name is my property and neither I nor my Mother ever agreed to any contract allowing foreign government service corporations to use it impersonate me and traffic me off to a foreign jurisdiction. From that moment of being born into this world until now my mother and father have continued in their love for one another and love for me. I was never abandoned or left fatherless and I was never missing or lost at sea and have been very much alive the whole time and they have testified to that fact in the attached testimony by Imogene and David. See also the attached Testimony of Dr. Michael Gruenwald confirming that I am alive. These testimonies/ witness statements have been recorded on the DNR as a permanent record in Anchorage and Palmer.

3. The Creator hates lying lips and deceitful schemes such as the birth certificate registration scheme that foreign government service corporations, using officers, called licensed doctors, of a corporation called THE STATE OF IDAHO, in my case, which was also a franchise Corporation of the UNITED STATES and USA corporations, foisted on my mother telling her she had to fill out a birth certificate registration form without informing her of the real purpose and result of doing so. I was a baby and unable to understand and as I came to an age of understanding I was not made aware of the real purposes of the birth certificate or made aware of the fact that a U.S. Citizen and citizen of the United States were foreign citizenships of foreign Corporations and not that of a country. These foreign owned government service corporations created two franchise corporations, WILLIAM BRIAN MARSAN, Vatican MUNICIPAL and William Brian Marsan, British territorial, which they declared "dead" at around seven year old to access the valuable estate the Creator intended for me while foisting on me the obligations, taxes, fees, charges, war reparations, etc the corporations claim their franchises, owes them. These corporations continued further to make other franchises in various styles and forms and permeations of my name making it difficult for the average man to figure out the deceptions because of the "similar names" deceit. Those men and women involved in these deceptive schemes that harm the Creator's people in order to create wealth for themselves and steal that wealth from the actual owners are filled with the love of money which is the source of all evil and will be rewarded by the forfeit of their souls. One of the reasons the Creator placed men and women here is to see if by the exercise of their free will, they would resist the temptations to do evil and do good instead, proving what kind of character they choose to become which will determine their eternal destiny. "What does it profit a man to gain the whole world yet lose his soul." Loving money more than the Creator and the Creator's people reveals the choice of those men and women to be evil.

4. It has been revealed to me that the government service corporations using my good trade name for their benefit and gain by making corporations named after me are responsible for that which they have made and must hold me harmless and free from any charges or obligations, including citizenship obligations they claim their corporation owes. By creating this "like name" corporation they took on the role of a public usufruct and they have a usufructuary duty to hold the living man upon which that entity is based harmless and

USA
2c

exempt from any damages, fees, taxes, charges, or citizenship obligations accrued by the existence of that franchise corporation. I demand that the men and women working in these foreign USA and US corporations and their many franchise corporations such as the DOJ, FBI, FAA and the DC maritime/Admirality courts observe the Law concerning public usufructs.

5. I did not authorize any of your corporations to make a corporation/legal entity in my name. It is my name, my property, and you have no contract to use it. Failure to produce a contract that I entered into knowingly and willfully with full disclosure from you providing "honest service"means you must cease and desist from actions against this living man/ American state national/Idahoan standing on the land and soil jurisdiction and restore my good name and private property and make proper reparations for the harm you have already done. I remind you that actions against me are also actions against the Creator

6. I am not a corporation, I do not represent a corporation, I am not an officer, employee or dependent of a corporation and I am not a voter of any corporation. I am not a member of any church organization either. I am not a sovereign citizen or free man citizen as those terms are oxymorons and I am not a member or participant of any para-military patriot group nor do I believe in violence using guns to change any government corporation or presumed authority. I am not at war and I hate the perpetual "wars"/mercenary conflicts that the foreign government service corporations USA inc. and US inc.have foisted on the American people constantly all my life. I am retired completely from military service and sent them a letter making sure that I was not presumed to be a part of their corporate military. I would not have even served in the military if I knew It was a foreign corporation. Again there was no full disclosure or honest service in regards to military service making any contract with the military unconscionable and null and void. I never was and never will be a British territorial U.S. Citizen or Vatican citizen of the United States because fraud vitiates everything and there is no statute of limitations on fraud. Any contract that exists without my knowledge is null and void and cannot be used to assume I am a U.S. Citizen or a citizen of the United States.. All power of attorneys have been revoked as well.

7. I am told by the Creator to not take revenge on anyone as it is the Creator's job to meet out such things. I am peaceful and would not intentionally hurt a man or woman. I hate war and am anti war. I encourage men and women everywhere to have love and compassion and mercy, and never repay evil with evil

8. I do not operate in commerce of any type and do not participate in any commercial activity that is federally regulated requiring a license such as alcohol, tobacco and firearms

9. After wondering what was wrong with the world during the COVID fiasco and researching diligently and discovering the truth about the foreign corporations and their fraud, I corrected my political status March 2022 to reflect my true nationality - an Idahoan born on the land and soil of Idaho and returned all my vessels to the land and soil jurisdiction. I corrected those things all the way back to the day I was born. I have a right to my birthright nationality. I have first and superior right to my name and I copyrighted all styles, forms and permeations of my names and you will find the documents on the land recording system of the American assemblies, the unincorporated United States of America, at this Url and this recording number:
URL: http//everify.americanstatenationals.us.
Recording Number: 2022-Faie8rwx-Ak12-2022-73YQH-DY1UM.
These records are first hand updated by me and those with first hand knowledge of me and must be accepted as truth against any and all assumptions, presumptions and records of those that do not know me. Continuing to misidentify me as a U.S. Citizen or citizen of the United States and attempt to force me to represent your corporations you made to look and sound like my name will accrue more crimes of press-ganging, racketeering, unlawful conversion, impersonation, personage and barratry to all those involved

10. I have flown planes over 23,000 hours in Alaska over the last 28 years without a single man or woman harmed by my actions. An impressive accomplishment for sure and clear evidence I am no threat to anyone and fully capable of making good decisions

11. I let the FAA know exactly what I was doing and why in a series of notices including my status and proper nationality and presented them with the notarized paperwork sent registered mail so they were fully informed and aware and they willfully ignored my testimony and corrections of the record. They do not have authority to disregard my own testimony and corrections as I have first hand knowledge about myself and the most recent corrections stand as Law. I had given them notice that any contracts I may have entered in with them in the past were null and void for non disclosure and fraud and could not be used as present contracts. I want nothing to do with the FAA corporation as they were an accomplice in the covid experimental shot that harmed and killed many pilots and crew members and endangered many peoples lives. **They are the danger in commerce!** They could have and should have stopped the major airlines from mandating that experimental shot with no ingredient list but they did not proving they were an accomplice in the bioweapon. The same goes for the foreign owned USA corporation as they shutdown America and mandated the experimental MRNA shot for evil purposes. It is now known worldwide to be a bioweapon. I will have nothing to do with the criminal corporations involved in genecide of the American people and the people of the world and I cannot be forced to be a citizen of their corporation

12. Because of the recent USA inc. and US inc. bankruptcies those new government service corporations claiming to be taking up where previous bankrupt corporations left off are required to fulfill the contract the original corporation had with the American people or they are just criminals impersonating officers and employees while plundering the very people the contract says they must protect and serve

13. Do not interfere with my God-given rights upheld by your own courts in Dallas vs. Mitchell. Rights do not come from government, and especially not foreign owned government corporations in the business of providing government services, without the consent of the people. I do not consent to your rules, codes, procedures and regulations. A old case was decided in 1796 in Cruden v. Neale proving that what Dallas v. Mitchell concluded was also concluded long ago. ..."It is not a rule binding upon mankind in their natural state. There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." My demand, hope and prayer is that you will cease and desist from these crimes of unlawful conversion, impersonation, personage and barratry and let me alone to do as my Creator shows me

14. The American people born on the land and soil of the states are owed American common Law and full disclosure, honest service and their private property protected. The use of deception and entrapment techniques by these foreign corporate courts to try and gain some sort of contract must stop! Judge Scott A. Oravec at the so-called arraignment hearing of the MUNICIPAL PERSON WILLIAM BRIAN MARSAN refused to listen to identity and jurisdiction issues and even practiced law from the bench by entering pleas contrary to my own "innocent" declaration as a living American man. I told him I was part of the American public - one of the people subject to Public Law and not private corporate law but the proceedings continued as if they never heard me. Bullying using corporate law enforcement officers to arrest, confiscate private property and incarcerate Americans before they are even found guilty of a crime, especially when there has been no harm, also must cease. I was kidnapped over my many objections and my statements that the PERSON WILLIAM BRIAN MARSAN listed on the paperwork was a corporation created by the US inc. and not the living man. Whoever created the corporation is responsible for it and it is a serious crime to force living men and women to act as and represent and pay for a corporation created by others. Not one officer asked for ID but assumed who I was as if they knew me better then I knew myself but I had never seen or met any of the men involved. I was kidnapped and incarcerated against my will and separated from my family for 5 days and subjected to conversations and language I am very uncomfortable with and add to that the inability to choose food and water that is best for me and the danger of contracting diseases that I normally would not be exposed to. For what? I have never hurt

USA
2c

By: William

a single man or woman! In common Law there is no crime if there is no harm done. The ALASKA COURT SYSTEM INC. is foreign owned, for profit Maritime/Admiralty courts and not able to provide American common Law of the land nor provide the required jury of my peers as they select from the voter registration rolls of corporate shareholders and not state citizens which have no connection to the government service corporations.

15. It seems the court may be changing the venue as they are now using the upper/lower case name of their British territorial "lost at sea" sailor which looks just like my own name. The fraud is still the same of trying to force the living man into a corporation they created. They still have a usufructuary duty to hold the living man harmless from any damages, taxes, fees and charges accrued from the existence of their corporation that looks like and sounds like my name. They have no contract from me to use my name. It is my property.

16. I learned that Lawful money was discarded for legal tender in the early 1900's. Gold and silver/lawful money was taken illegally from the American people and they were given promissory notes, FRNs, IOUs instead with no time or date of redemption given. A debt system, that creates only debt and nothing of value, was foisted on the people along with franchise financial corporations that promised "honest service" but established Bank accounts in their Municipal franchise corporations that looked like and sounded like the names of actual men and women, then cleverly disguised the fact that they considered you a representative of the that corporation by making the signature line on checks very small letters stating "authorized representative". They do not consider you the actual living man but rather some kind of third party "representing" the corporation they made. There is no Lawful money in their corporate system they foisted on us and I object to this debt system and the debt instruments in use in it as it has been used to enslave living men and women. The foreign owned government service corporations were supposed to offer a mutual offset credit exchange program by which Americans could discharge debts but instead they came up with the scheme to make Americans "foreign subjects of their corporations" instead of Americans. They set about to make everyone British Territorial U.S. Citizens and/or 14th amendment citizens/black slaves and/or Vatican Municipal citizens of the United States using corporations created in the living man or woman names and failed to disclose and fully inform of the truth to Americans so they could choose of their own freewill, in full knowledge, what type of citizenship they wanted. The corporations never set up the offices for mutual offset credit exchange exemption that Americans could send the statements to for purchases of utilities, homes, lands, automobiles and absolutely everything so that purchase of real products and services could be credited to these foreign corporations' debt to us, essentially recharging their credit card. This mutual offset credit exchange exemption program is the only thing that would make their legal tender system "legal" but instead of doing what they said they simply ran up their debt then went bankrupt leaving the American people without remedy. This "debt system" is a criminal system and must be corrected by those corporations claiming to continue to offer government services to the American people. Living men and women and real unincorporated governments do not get bankruptcy protection nor do they need it as they are indemnified. The District Courts are franchise corporations of the US inc. and USA inc. engaging in "debt notes". They can only offer nonnegotiable instruments which are so worthless a person cannot be charged with larceny for stealing them. I object to debt instruments and cannot be forced to take part in transactions dealing in nonnegotiable instruments. I will not be a part of your corrupt scheme and the Creator is very clear that I better stay far away from such schemes.

17. The Creator promises me that those involved will get their just reward if they do not repent and cease and desist from their criminal activity of personage and barratry and unlawful conversion. My living body in which the Creator dwells is not yours to kidnap as you like and is indemnified and owed mutual offset exemptions and your usufructuary duties to make sure I am not harmed in any way by your franchise created to look and sound like my name as well as the Constitutional guarantees you took an oath to uphold and I am owed the law of peace and the protections of the Hague and Geneva conventions and the right to the insurance created by your hold harmless bonds. I will remind you of what occurred at

By: William [signature]

Geneva when high Nazi officers claimed they were just following orders and procedures. They were told there was a higher Law written on their hearts and they should have obeyed it. You have already harmed me and you owe me reparations and the repair of my good name in the media via a public apology and correction of the record and the speedy return of all my property and an immediate stop to your harassment in my private activities including my private travel and private domestic trade

18. To those who don't know the case law concerning U.S. Citizens vs State citizens I share it now: "A citizen of the United States is a citizen of the federal government…" Kitchens v. Steele, 112 F Supp 383. "The term resident and citizen of the United States is distinguished from a citizen of one of the several states in that the former is a special class of citizen created by congress." U.S. v. Anthony 24 Fed. 829 (1873). "We have in our system a government of the United States and a government of each of the several States. Each one of these governments is distinct from the others and each has citizens of its own …" United States v. Cruikshank, 92 U.S. 542 (1875). "…he was not a citizen of the United States, he was a citizen and voter of the State . . . "one may be a citizen of a State and yet not a citizen of the United States". McDonel v. The State, 90 Ind. 320 (1883). "That there is a citizenship of the United States and citizenship of a state …" Tashiro v. Jordan, 201 Cal. 236 (1927). "Taxpayers are not State Citizens." Belmont v. Town of Gulfport, 122 So. 10. "The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States." Supreme Court: US v. Valentine 288 F. Supp 957. "Both before and after the Fourteenth amendment to the federal constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." Crosse v. Bd. Of Supervisors, 221 A. 431 (1966). "There are then under our republican form of government, two classes of citizens, one of the United States and one of the state". Gardina v. Board of registrars of Jefferson County, 160 Ala. 155; 48 So. 788 (1909). "The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other". Colgate v. Harvey, 296 U.S. 404;56. Ct. 252 (1935). "…rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship". Madden v. Kentucky, 309 U.S. 83:84 L. Ed. 590 (1940). Clearly there is a citizenship of the state separate from U.S. Citizenship and only state citizens have natural rights. I chose state citizen and as you can see it does not require me to be a U.S. Citizen, as the guy who took my passport so arrogantly and laughingly declared as he checked the U.S. Citizen box on his computer over my objections. Ironically I had updated my passport in such a way it was supposed to communicate me being a state national but no one bothered to look at it or run it through the system.

19. For those who do not know that United States of America Inc. and United States Inc. are corporations you need to know that they tell you in their own codes, 28 USC 3002 15(a)(b) (c). There is also a Dunn and Bradstreet Number for it and each of the agencies as well. For example the United States Government has # 05271496. The DOJ has #011669674, FAA has # 056622429 and the FBI has # 87886574. There are dozens of legal meanings for "United States" but for the purposes of the US code it means The District of Columbia and the territories including in 49 USC. This is in the congressional record too. Even the States of States such as State of Alaska are corporations with Dunn and Bradstreet numbers, Alaska has # 078198983. Any mention of 50 states in the US code means the 50 corporate states created by and a franchise of the DC corporations operating in the sea and air jurisdictions and has nothing to do with the actual physical geographical states of the union on the land and soil jurisdiction. I do not have to be a citizen/subject of these corporations especially when the truth was not declared fully and completely to the American people. Most Americans still think U.S. Citizen means American and the corporations need to come forward and tell them the truth. Failure to bring forward the truth and stop securitizing living men and women pretending they are corporations for private monetary gain and profit for the Crown and Vatican corporations are crimes of the worse kind and participating in one of

By: William C. Marvin

the biggest lies ever propagated and can only come from the father of lies. Continuing to be a part of the satanic lies after being told the truth is not going to be good for your soul. The District courts are for profit corporations as well with a Dunn and Bradstreet number and get handsome payouts to their CRISS retirement system for every conviction they secure. Can anyone say "Conflict of interest"?

20. This is all fraud on the American people and fraud vitiates, renders null and void everything and there is no statute of limitations on fraud

21. I am calling on all you who think you are Americans to stand up now that you know these schemes. They are stealing **your** birthright, **your** prosperity while alive and the inheritance **you** would have received and the one **you** would leave for your children, just like they are mine. Those who willfully continue in these crimes will get their just reward, if not while here in this time on earth then definitely in the afterlife as the Creator knows and there is nothing hidden from Him. A major reason for living here is to decide if your character will be good or evil. Which will you choose?

22. The Creator has plans for me which include using my remote properties to help young men and women and families to learn the Creator's Law and observe it and learn skills and participate in making this world a better place for everyone. I have already raised 7 children in this manner and they do love, listen and observe the Creator's Law and are making this world a much better place. They are compassionate, loving helpful young men and women and I could not be happier. Now, Compare that to your plan for me of 9 years in prison and $750,000 FRN and confiscation of all my real property essentially destroying me and my family, and think twice about getting in the way of the Creator's plans. I have not hurt anyone. Listen carefully to the Creator's voice within and do it and then you too will be able to say that nothing stands between you and the Creator.

23. Notice to agents is notice to principle and notice to principle is notice to agents.

So signed this 16th day of September 2024 By: _William Brian Marsan_

William Brian Marsan

## Witness Verification by Public Notary

_Anchorage_ County

_Alaska_ State

I Shaun Van Arsdale a Commissioned Public Notary

Today, I was visited by the Witness whose signature appears above, and he was properly identified to me and he did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this _16_ day of _September_ in the year of _2024_.

By: _Shaun Le Van Arsdale_ Notary

My commission expires on _May 6th 2028_

Page 6 of 6



# Full General Information for Attorneys, Doctors, and Politicians

**This is a standard information in the criminal sense, so that all concerned have appropriate communication in hand to avoid committing acts of personage against Americans who are in fact the Naked Owners holding the unique and only survivorship interest in their Named Estates.**

The Breach of Trust begins when the victims are only a few days or weeks old. Unidentified persons address the Mothers who have just given birth and present paperwork that they describe as routine hospital record-keeping paperwork; neither the words on the page nor the explanation provide "full disclosure" — for example, the referenced "United States of America" is not disclosed to be a foreign corporation; the word "Incorporated" is omitted throughout and numerous deceitful legal terms are used, for example, describing the natural Birth Mother as an "Informant"; in earlier versions, Mothers were mischaracterized as Unwed Mothers who were abandoning their babies

This same routine paperwork was also signed by Medical Doctors who outrank Attorneys in the British Naval Services and Order of Titles, so that no Attorney can object to this fraud. Doing so would be countermanding the orders of a Superior Officer; however, knowingly and unlawfully converting the nationality and political status of an American baby to that of a British Territorial Ward of a State of State franchise corporation of the United States of America, Incorporated — an action that denigrates a free born man or woman to the political status of an Indentured Servant owing allegiance to the British King and the British Crown Corporation and also converts a man into a "Human Person" and then human traffics the victim into the foreign jurisdiction of Maritime Commerce and Admiralty — is an international crime carrying the death sentence. Before offering your services as a Mercenary in a non-existent war, take heed.

The newly registered American baby is "deemed" to have voluntarily surrendered his identity and estate as an American and this creates an infant decedent estate; it also creates a British Territorial U.S. Citizen operating under the same Proper Name, a Warrant Officer in the British Merchant Marine Service known as a "Taxpayer", who is about to meet an unfortunate and tenuous demise, as he will be declared legally dead, "missing, presumed lost at sea", while the American this fictional Merchant Mariner is named after — remains blissfully unaware of this identically named U.S. Citizen's existence.

The victim of this complex impersonation scheme thus has his life estate "waived" for him by his Mother, while still a baby far too young to be aware of the existence of this unconscionable contract — a contract seeming to obligate him to a lifetime as an indentured servant and U.S. Citizen of the British Territorial United States.

This fraud results in:
  (1)  an American infant decedent Estate;
  (2)  a new and entirely fictional British Territorial Merchant Seaman using the same Proper Name as the American;
  (3)  a following Intestate Estate belonging to the "missing" British Merchant Mariner.

This is all based on a purported contract that is:

(1) undisclosed to the Mother, and

(2) which the baby has absolutely no cognizance of

As a British Accredited Registry (BAR) Attorney you are now engaged in administering and perpetuating this cowardly and vicious breach of trust and personage scheme.

After the Mother and attending Medical Doctor sign off, the Department of Commerce acts as a Usufruct and takes the personage a step further; it copyrights the baby's name, and licenses it to the Municipal DEPARTMENT OF COMMERCE which then creates a Municipal ESTATE named after the baby in American Sign Language (aka Dog Latin) such that an American baby named Samuel Jacob Stein is converted into a British Territorial U.S. Citizen of the same name, trafficked into the jurisdiction of the sea, and then impersonated a second time as SAMUEL JACOB STEIN, a Municipal Corporation ESTATE TRUST and franchise of the US, INC. A number of "derivatives" are then dreamed up in rapid succession — the SAMUEL J. STEIN public transmitting utility, the SAMUEL J STEIN special purpose vehicle, and so on.

Not so amazingly, the Department of Commerce forgets its Usufructuary responsibility toward all these slaves that are created "in the name of" the American victims, and hordes of attorneys just like you, spend their lives straight-faced prosecuting these vaporous THINGS as if they actually exist. They even make up new names and proliferate more and more such "derivatives" out of thin air as targets for them to prosecute in the foreign Maritime Courts. All these FOREIGN PERSONS are US CITIZENS under the Diversity of Citizenship clause, and have the political status of slaves, conveniently appearing to be named after American babies.

Of course, the whole point of this is to find some plausible excuse to confuse the identity of the American baby with all these foreign poppets in order to mischaracterize, racketeer, illegally confiscate, plunder and pillage the people that you are supposed to be here serving in Good Faith.

All Bar Attorneys engaged in prosecution of anyone under this scam should be advised that they are not at "war" but are rather engaged in a commercial Mercenary Conflict; thus, they have no protection or recourse to the Law of War. This Great Fraud began with the so-called American Civil War which was never declared by any Congress nor ended by any Peace Process; however, President Andrew Johnson did declare peace on the land, three times in public, and did thus establish a contractual peace with the people living on the land and soil of this country.

You are now in receipt of this communication from one such American who stands ready to recite chapter and verse, to produce evidence of the crimes committed against him (or her) in the form of the Birth Certificates issued each time their identity was trafficked to a new jurisdiction, and who has declared, recorded, and published their claim of their birthright political status and their survivorship interest in the British Seaman's Estate, and also any material benefit of the Municipal ESTATE subsequently created and its DERIVATIVES.

We know who we are and we have proof of all the malfeasance, fraud, and crimes of personage which have been perpetuated upon us by members of the American Medical Association and the Bar Association, more than enough to convict every participant in this "system" of fraud, human trafficking, unlawful conversion, inland piracy, personage and barratry, and conspiracy against the Constitutions — and against us, the peaceable and loyal Employers who have been so grossly presumed upon.

If you have availed yourself of any extra creative impulses and made up any additional DERIVATIVES or attempted to saddle any of us with any bogus new names or misapplied any titles like "Mr." to any plain old average American, there is also your own Federal Code:

> **18 USC 4 (513) (a)** provides that: "Whoever makes, utters or possesses a counterfeited security of a State, of a political subdivision thereof, or of an organization, or whoever makes, utters or possesses a forged security of a State or political subdivision thereof or of an organization, with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten years, or both."

These foreign Municipal PERSON slaves are used as securities and when you make up new names and try to attach them to Americans to make up new derivatives as targets for prosecution, you are engaged in counterfeiting these purported securities, and willfully participating in these venal fraud schemes, breaches of trust, and criminal activities. You have been fully informed.

By: Anna Maria Riezinger
Informant and Fiduciary
The United States of America — Unincorporated

# Legal Fictionalization Scheme:
## Information for Judges, Justices, Attorneys and Counselors at Law:

| Name Style | Nature | Rights |
|---|---|---|
| Alan Paul Watts | Man | Natural and Unalienable Rights |
| Watts, Alan Paul | Principal / Lawful Person | Principal Person / (Infant Decedent American) |
| Alan P. Watts | Human Person (British Territorial U.S. Citizen) | Human Rights, Entitlements(Mr., Mrs., Dr., etc.) (Admiralty Law) (Wage Earner, Public Servant) |
| Watts, Alan P. | Human Decedent ('Presumed lost') | Intestate Private Estate subject to Public Interest (Lost British Territorial Seaman's Estate) |
| ALAN P. WATTS | Corporation Franchisee US CITIZEN (citizen of the United States) | Civil Rights (which are actually privileges) Shareholder Obligations ( Maritime Commerce) (Public Slave, Income Earner) |
| WATTS, ALAN P. | HUMAN DECEDENT (Bankrupt Pauper) | Bankrupt Shareholder Obligations Public Charitable Trust |
| ALaN P WaTTs | Transhuman Entity* | GMO owned by DARPA, licensed to Microsoft Slave — No rights of any kind. |
| WaTTs, ALaN P | Decedent Transhuman | Disposal by Owners |

---

\* Claims that recipients of mRNA shots are rendered "Transhumans" have already been outlawed in this country. Recipients should have been protected by the Usufructs and their Successors; failure to protect the living man and Primary Principal (Lawful Person) at any stage of this progressive legal fictionalization results in capital level crimes of unlawful conversion under both the Hague and Geneva Conventions, kidnapping, inland piracy, conspiracy to defraud, identity theft, crimes of personage, etc.

\*\* Blue indicates Legal Fictions derived from living and Lawful Persons. Usufructs must protect the living people and their Lawful Persons from any harm or loss resulting from the use of their Names.

\*\*\* Remember that there is no military conflict and no recourse to the Laws of War or Peace; all "wars" since and including the American Civil War have been Mercenary Conflicts only. There is no applicable Law of Conquest, no Emergency Powers, no authority vested in Military District Courts operated by Mercenary Forces (Hired Jurists) and no valid contract for lack of full disclosure and cognizance.

**** Anyone caught using or soliciting, seeking to subject, entrap, ensnare, or otherwise encumber American babies or adults via this foreign Legal Scheme without full disclosure so as to impersonate and denigrate and unlawfully convert the victim's political status and identity, will be subject to immediate arrest and prosecution under **UCMJ, 18 USC 4 (513) (a)**, both the Hague and Geneva Conventions (as applicable), the Constitutions, and will be 100% commercially and personally liable for their acts.

## How the Assets, Money and Credit System is Related to These "Persons":

| Name Style | Nature | Rights |
|---|---|---|
| Alan Paul Watts | Man | Natural and Unalienable Rights |
| Watts, Alan Paul | Principal / Lawful Person | Principal Person / (Infant Decedent American) |

All physical assets belong uniquely to the living Man, along with all Credit derived from these physical assets including but not limited to precious metals, land, cash, and corporate assets. All asset-backed currency, coinage, and tokens having physical value in-and-of- themselves belong to the living Man and his estate. The United States Silver Dollar and the United States Gold Eagle coin is actual money belonging to the living man and to his estate as are all other property interests, material and immaterial. Thus, all attempts to redefine and denigrate the living man are also actions calculated to deprive him of his natural estate and ownership interests and are fundamentally used to defraud him.

| | | |
|---|---|---|
| Alan P. Watts | Human Person (British Territorial U.S. Citizen) | Human Rights, Entitlements (Mr., Mrs., Dr., etc.) (Admiralty Law) (Wage Earner, Public Servant) |
| Watts, Alan P. | Human Decedent ("Presumed lost") | Intestate Private Estate subject to Public Interest (Lost British Territorial Seaman's Estate) |

This Legal Person exists in the Admiralty Jurisdiction as a British Territorial U.S. Citizen and is an Indentured Servant subject to a tour of duty, term in office, or similar set period of time to be in such service; the currency associated with this entity is the Federal Reserve Note (FRN) which is securitized by the body, energy, labor, and performance contracts of these Legal Persons under a system of "voluntary" **peonage** the value of which is guaranteed by a Long Form Birth Certificate Bond based on the anticipated value of the lifetime earnings of the individual; supplemented by Miller Act Child Labor Bonds, and other Contract Bonds during the Person's purported "lifetime" and later based on the value of the British Seaman's Estate. The value is additionally extracted via "voluntary" donations of "income taxes" rated as Gift and Estate Taxes collected by the Internal Revenue Service. The Federal Reserve Note is a fiat currency denoted as a military scrip issued by a consortium of private banks and guaranteed by the estimated value of the individual as a Bonded Mercenary. The FRN is not a negotiable instrument as it does not stipulate what species of money or currency it will be paid back with, nor does it give a "date certain" for its repayment. As such, it is the equivalent of Monopoly Money and nobody, including banks that steal FRNs, can be charged with theft owing to its purely theoretical future value. It's existence and use is objectionable as the

result of peonage, fraud, and inequitable forced exchange of actual goods and services for unsecured IOUs, but it nonetheless remains a domestic legal tender currency of the British Territorial United States of America, Incorporated and enjoys a monopolistic market within The United States, based on the false idea that the U.S. Army is occupying our country as the result of a legitimate unresolved war — the American Civil War — which was in fact a undeclared Mercenary Conflict owed no consideration under the Laws of War and Peace.

| | | |
|---|---|---|
| ALAN P. WATTS | Corporation Franchisee<br>US CITIZEN<br>(citizen of the United States) | Civil Rights (which are actually privileges)<br>Shareholder Obligations (Maritime Commerce)<br>(Public Slave, Income Earner) |
| WATTS, ALAN P. | HUMAN DECEDENT<br>(Bankrupt Pauper) | Bankrupt Shareholder Obligations<br>Public Charitable Trust |

These entities and derivative entities appearing to be names in all CAPITAL LETTERS represent a variety of Municipal ESTATE trusts, public transmitting utilities, and Special Purpose Vehicles (SPVs); these entities are all engaged in Maritime Commerce, all have the political status of slaves, all are securitized based on intellectual property rights belonging in fact to the American Baby who has had his identity unlawfully seized upon, redefined, unlawfully converted, trafficked, and finally denigrated to the status of a THING owed only "Equal Civil Rights" and represented by another ESTATE TRUST, a Municipal Cestui Que Vie, and its Derivatives. These entities are all "citizens of the United States" within the meaning of the infamous Fourteenth Amendment to the Corporation Constitution issued by a defunct Scottish Commercial Corporation deceptively calling itself "The United States of America" — Incorporated, and issued in 1868; how anyone can claim any authority based on the Fourteenth By-Law Amendment of a long-defunct Scottish Commercial Corporation that went bankrupt in 1907 is beyond imagination, but it is consistent with the pattern of fraud and deceit which has been the hallmark of all these dishonest, disloyal, and treasonous activities by the Federal Subcontractors. The individual intellectual property rights seized upon include the copyrights, trademarks, contracts, inventions, licenses, patents, and other creative and intellectual property which is rolled up into a "PKI" and deposited along with the second Municipal BIRTH CERTIFICATE as chattel deposited with the International Monetary Fund. The value of the Municipal Slave BIRTH CERTIFICATE is supplemented by annual "gifts and donations" and labor and performance contracts extracted from each slave and additionally collected from these TAXPAYERS by the separate Municipal Government IRS. The form of money associated with this series of PERSONS is the United States Dollar (USD) an international asset-backed currency presently based on the value of refined oil products and the manufacturing capacity and service delivery capacity of actual franchises of the US CORP. The USD is negotiable as cash but having increasingly diminished cash value as a result of collapsing long term bond markets. The use of the USD is objectionable because part of its value base is based on slave labor, another part based on purloined intellectual assets, another part based on the coerced collection of "gifts" as taxes, and the overall self-interested fraud involved in its production, promotion, and sale as "our" international currency. **The only sense in which either the FRNs or USD currencies are American is that they have been backed using purloined American assets and labor.**

| ALaN P WaTTs | Transhuman Entity* | GMO owned by DARPA, licensed to Microsoft Slave — No rights of any kind. |
| WaTTs, ALaN P | Decedent Transhuman | Disposal by Owners |

These entities are incipient at this point, as their creation involved fraud and Terrorism and Genocide and the claims creating them as Genetically Modified Organisms (GMOs) owned by patent have already been outlawed. The idea behind this was for the parent and franchise US Corporations to make a lot of money up front from the sale of vaccines and tests and medical services, make money long term off all the illnesses spread and inculcated by the vaccines, and create another class of "subhuman" slaves without any rights at all, available to be experimented upon, worked without recompense as slave labor in permanent Quarantine Camps, used as biological transmitters, incubators, or whatever else the madmen behind this initiative dreamed up. Their labor, former estates, Estates, and ESTATES, and all other assets would have been acquired by the criminals behind this and used to guarantee and fund "Central Bank Digital Currencies" — basically nothing but digits entered upon bank ledgers, which the banks could honor or erase at will, use for political sanction of individuals, and otherwise oppress and harm the living people that they stole everything from in the first place.

This summation of the situation would perhaps be unbelievable, except that we have already traced the history and actions of these miscreants over time and witnessed their deliberate and self-interested denigration of their Employers and their increasingly gluttonous and arrogant and uncaring attitudes toward the people that they are supposed to be here serving in "good faith".

We have called for the liquidation of all these lawless corporations and the return of the assets and credit to the lawful American Government for the benefit of the living people who have suffered all this at the hands of their own Employees, people who were taking their paychecks and pensions from our pockets the entire time that these increasingly criminal and coercive schemes were being developed "in our names".

**You have been fully informed concerning these additional aspects of the Great Fraud.**

It is our hope that a great many Medical Doctors and Bar Association Attorneys will be repulsed by the criminality of the processes they have been engaged in and administering, will realize that the removal of any presumption of "war" and any recourse to the Law of War, leaves them liable — 100% commercially and personally liable — for any harm that comes to any American as a result of their participation in these schemes and misrepresentations. It's the Medical Doctor's signature as much as the Mother's signature that puts this fraud in motion; it's the Bar Attorneys bringing False Claims in Commerce against non-existent Municipal Corporation franchises, and equally false claims against the Estates of non-existent U.S. Citizens.

It is our additional hope that political officials reading this will also realize that they are similarly liable; even though they are not getting their hands dirty and signing the offending documents, they are responsible for the underlying legislation and its misapplication to Americans. They are guilty of failure to explicitly

amend their acts of legislation so as to properly identify those subject to their actions, and for failure to properly instruct their "Uniformed Officers" in the administration and limitation of their duties.

## Examples of Improper and Actionable Presumptions

Registering American Babies as U.S. Citizens. Further registering these fictional U.S. Citizens as Municipal Corporation Franchises.

Seizing upon or unlawfully converting the ownership of any asset or right belonging to Americans.

Denying Americans access to any service or benefit that they have paid for or that their assets and credit have been used to create.

Charging Americans for the use of their own credit. Charging Americans for mortgages owed by foreign corporations. Charging Americans for taxes owed by these fictional foreign Persons/PERSONS.

Creating a monopoly on domestic currency to benefit a privately issued military scrip known as the FEDERAL RESERVE NOTE based on American assets purloined via undisclosed Registration of American babies as U.S. Citizens and undisclosed military enlistments.

Creating a similar monopoly interest to benefit a privately issued international currency known as the USD or UNITED STATES DOLLAR based on more American assets purloined via unconscionable Registration processes.

The use of undisclosed, unilateral, or unconscionable contracts for any purpose, under any Executive Order, claim of any emergency, or claim of any National Security interest.

Misrepresenting Americans as Foreign Persons or FOREIGN PERSONS.

Failure to hold Americans harmless from the results of using their private names to create infant decedent estates, U.S. Citizens, and Municipal Corporation Franchises to benefit and unjustly enrich foreign interests.

Failure to provide and implement and advertise remedies used to legalize otherwise illegal practices such as the use of a military scrip (FEDERAL RESERVE NOTES) as a domestic currency — for example, failure to allow Americans to swap debts with service providers via the Mutual Offset Credit Exchange Exemption found in Federal Code, Title 12.

Failure of Due Diligence and Usufructuary Duty to hold the victims both harmless and unharmed.

_____

[end of document]



William Brian Marsan
c/o 2000 S. High Road
Palmer, Alaska
[99645]

RF 680 125 621 US

Retail
U.S. POSTAGE PAID
FCM LG ENV
PALMER, AK 99645
SEP 23, 2024
$0.00
RDC 99
99513
R2304H109492-75

U.S. District Court, Alaska
   Clerk of Court
Federal Building, U.S. Courthouse
222 W. 7th Avenue, #4
Anchorage, Alaska
                99513-7564

RDC 99
Retail
U.S. POSTAGE PAID
FCM LG ENV
PALMER, AK 99645
SEP 23, 2024
$0.00
99513
R2304H109492-75