UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED OCT 0 8 2024

RECEIVED OCT 15 2024 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK



ALASKAN FRONTIER 995
7 OCT 2024 PM

quadient
FIRST-CLASS MAIL
IMI
$000.69
10/07/2024 ZIP 99513
043M31245980
US POSTAGE

William Brian Marsan #769 1116

I/M REFUSED
RETURN TO SENDER

E·31·B

NIXIE 995 DC 1 0010/10/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 99513756404 *1989-06907-10-29

Case 3:24-cr-00071-SLG-MMS   Document 29   Filed 10/15/24   Page 1 of 2

# U.S. District Court

## United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 10/2/2024 at 4:05 PM ADT and filed on 10/2/2024

**Case Name:** USA v. Marsan
**Case Number:** 3:24-cr-00071-SLG-MMS
**Filer:**
**Document Number:** 23(No document attached)

**Docket Text:**
**MINUTE ENTRY for proceedings held before Judge Matthew McCrary Scoble: Bail Review Hearing/Discovery Management Conference as to William Brian Marsan held 9:38 a.m. to 10:08 a.m. on 10/2/2024 and recorded in Anchorage Courtroom 5. Court and counsel heard re defendant's non-appearance, bench warrant and discovery provided. Defendant wants to continue to represent himself with stand by counsel and defendant's oral motion for release DENIED. Matter referred to the USDJ for a Trial Scheduling Conference to be set by separate text order. Court ordered defendant's detention. APPEARANCES: Defendant present, In-Custody (Pro Se); Tom Bradley; ASUA; Ben W. Muse, FPD (Stand by Counsel); Reyse Wallbrown, USPO. (IAH, COURT STAFF)**