UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**Return to Sender**

Date: 10/17/24

ALASKAN FRONTIER 995
15 OCT 2024PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
10/15/2024 ZIP 99513
043M31245980
US POSTAGE

RECEIVED
OCT 16 2024
BY: [crossed out]

RECEIVED
OCT 23 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

William Brian Marsan #769 114
1400 East 4th Avenue
Anchorage, ~~Alaska~~

**I/M Refused**

**Return ~~to Sender~~**

C.07.FC

NIXIE    995    SC 1        0010/21/24
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 99513750404    *1989-02876-20-28

UTF

Case 3:24-cr-00071-SLG-MMS    Document 33    Filed 10/23/24    Page 1 of 2

# Other Orders/Judgments
3:24-cr-00071-SLG-MMS USA v. Marsan

## U.S. District Court

## United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 10/10/2024 at 4:53 PM ADT and filed on 10/10/2024
**Case Name:** USA v. Marsan
**Case Number:** 3:24-cr-00071-SLG-MMS
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**SLG TEXT ORDER as to William Brian Marsan: A Trial Scheduling Conference is scheduled for October 17, 2024, at 1:30 p.m.** in Anchorage Courtroom 2. (JDS, COURT STAFF)

3:24-cr-00071-SLG-MMS-1 Notice has been electronically mailed to:

Ben W. Muse     benjamin_muse@fd.org, akx_ecf@fd.org

Tom Bradley     thomas.bradley@usdoj.gov, caseview.ecf@usdoj.gov, kasey.mcaleavey@usdoj.gov, marianne.yeckley@usdoj.gov, monica.johnson2@usdoj.gov, usaak.ecf@usdoj.gov

3:24-cr-00071-SLG-MMS-1 Notice has been delivered by other means to:

William Brian Marsan
1400 East 4th Avenue
Anchorage, AK 99501