S. LANE TUCKER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:24-cr-00071-SLG-MMS |
| Plaintiff, | |
| v. | |
| WILLIAM BRIAN MARSAN, | |
| Defendant. | |

## NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM

COMES NOW the United States of America, by and through undersigned counsel, and hereby gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) during the Trial by Jury in the above captioned case, currently set for December 2, 2024.

RESPECTFULLY SUBMITTED November 12, 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on November 12, 2024 a
true and correct copy of the foregoing
was served electronically on all counsel of
record.

s/ Thomas C. Bradley