UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
NOV 19 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

~~RECEIVED NOV 12 2024~~

ALASKAN FRONTIER 995
8 NOV 2024 PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
11/08/2024 ZIP 99513
043M31245980
US POSTAGE

William Brian Marsan
769114
1400 East 4th Avenue
Anchorage
I/M Refused
Return to sender

C.O 7.B

NIXIE        995   DC 1        0011/14/24
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 99513750404    *1623-03670-08-44

Case 3:24-cr-00071-VMK-MMS   Document 48   Filed 11/19/24   Page 1 of 2

## Notices
3:24-cr-00071-SLG-MMS USA v. Marsan

## U.S. District Court

## United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 11/8/2024 at 1:12 PM AST and filed on 11/8/2024
**Case Name:** USA v. Marsan
**Case Number:** 3:24-cr-00071-SLG-MMS
**Filer:** Dft No. 1 - William Brian Marsan
**Document Number:** 39

**Docket Text:**
**NOTICE of Applicable Constitution Case Law for American State National/State National Citizen William Brian Marsan by William Brian Marsan (PXS, COURT STAFF)**

**3:24-cr-00071-SLG-MMS-1 Notice has been electronically mailed to:**

Ben W. Muse     benjamin_muse@fd.org, akx_ecf@fd.org

Tom Bradley     thomas.bradley@usdoj.gov, caseview.ecf@usdoj.gov, kasey.mcaleavey@usdoj.gov, marianne.yeckley@usdoj.gov, monica.johnson2@usdoj.gov, usaak.ecf@usdoj.gov

**3:24-cr-00071-SLG-MMS-1 Notice has been delivered by other means to:**

William Brian Marsan
769114
1400 East 4th Avenue
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=11/8/2024] [FileNumber=2633772-0
] [37e4f37b3f741fb533e004ca6d373221a360751a9f078da6ce07bcf5263ebdd42a1
81a9a9815c176bc93be1de6bf0da933008f8ea2a42b9ab9c1de4becb2b4c6]]