MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WILLIAM BRIAN MARSAN CASE NO. 3:24-cr-00071-VMK
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:    VIRGINIA M. KENDALL

DEPUTY CLERK:            HOLLY RHODEN

OFFICIAL REPORTER:       NONE PRESENT

UNITED STATES' ATTORNEY: TOM BRADLEY AND MAC CAILLE PETURSSON

DEFENDANT'S ATTORNEY:    BEN W. MUSE, STANDBY COUNSEL

U.S.P.O:                 EVA BARBEE

PROCEEDINGS: TRIAL BY JURY – DAY 3/VERDICT HELD DECEMBER 4, 2024
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. the jury panel resumed deliberations.

AT 12:03 p.m. court convened in Anchorage Courtroom 3 without the
jury panel present.

Court and counsel heard re jury note.

At 12:07 p.m. the jury panel entered the courtroom.

Verdicts published. Defendant found **GUILTY** on Counts 1 and 2 of
the Indictment. Jury was unable to reach a unanimous verdict with
respect to Count 3.

Court directed the clerk to poll the jury. Jury polled and all
answered in the affirmative.

Court thanked and excused the jury panel.

At 12:10 p.m. the jury panel exited the courtroom.

Post-trial briefing, if any, due **January 10, 2025,** Responses due
**January 24, 2025,** Replies due **January 31, 2025.**

Defendant referred to P.O. for presentence report.

Continued to Page 2

(Revised 1-29-2015)

```
                CONTINUED - PAGE 2
            U.S.A. vs. WILLIAM BRIAN MARSAN
                  3:24-cr-00071-VMK
              TRIAL BY JURY - DAY 3
                 DECEMBER 3, 2024
```
-----------------------------------------------------------------
Court and counsel heard re defendant's detention.

Court ordered defendant's release and directed parties to confer re conditions of release.

At 12:16 p.m. court recessed until 12:55 p.m.

Court and counsel heard re conditions of release.

Court ordered defendant's release on Thursday, December 5, 2024.

Imposition of Sentence set for **April 2, 2025, at 12:00 p.m.** in Anchorage Courtroom 1 before Virginia M. Kendall.

Defendant's Oral Motion to have counsel appointed **GRANTED**. Ben W. Muse, AFPD appointed. FPD notified.

At 1:08 p.m. court adjourned.

DATE: December 4, 2024          DEPUTY CLERK'S INITIALS:  HJR

(Revised 1-29-2015)