# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. WILLIAM BRIAN MARSAN

CASE NO: 3:24- cr-00071-VMK-MMS

---

Defendant WILLIAM BRIAN MARSAN,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third party custodian(s).

- ☐ Paid cash bail in the amount of $_____

- ☐ Posted unsecured bond in the amount of $_____

- ☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $_____ with the Clerk of Court

- ☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

- ☒ Other: Release on Thursday, December 5, 2024, at 8:30 AM.

DATED at **Anchorage**, Alaska, this **4th** day of **December, 2024**.

*Virginia M. Kendall*
United States District Judge

Original & 1 cy to U.S. Marshal