MICHAEL J. HEYMAN
United States Attorney

THOMAS C. BRADLEY
MAC CAILLE PETURSSON
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Thomas.bradley@usdoj.gov
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>WILLIAM BRIAN MARSAN,<br><br>        Defendant. | No. 3:24-cr-00071-VMK-MMS |

### NOTICE REGARDING SENTENCING

The United States previously filed a motion to continue sentencing in this case because both attorneys for the government expected to be unavailable on April 2, 2025. The Court ordered the government to file an explanation on or before March 24, 2025, explaining why it agreed to the sentencing date in December 2024 if counsel now appears to be unavailable for that date. Dkt. 74.

The government hereby withdraws its Motion to Continue Sentencing.

Undersigned counsel will be available for the currently set Imposition of Sentence on April 2, 2025.

RESPECTFULLY SUBMITTED this 22nd day of March, 2025, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

*s/ Mac Caille Petursson*
MAC CAILLE PETURSSON
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2025
a true and correct copy of the foregoing
was served electronically on parties of record

*s/ Mac Caille Petursson*
United States Attorney